UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-7878 ABC | Date | January 3, 2008 |
|---|---|---|---|
| Title | In re G. Gregory Williams; G. Gregory Williams v. Franklin Towers Homeowners Ass'n, Inc., et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Irene Ramirez | None Present | | |
| Relief Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| None Present | None Present | | |

**Proceedings:**   ORDER RE: DISMISSAL OF BANKRUPTCY APPEAL (In Chambers)

    Appellant G. Gregory Williams's ("Appellant") filed the instant appeal on October 26, 2007 from various orders entered by the bankruptcy court and state superior court. It is identical to Appellant's appeal in Case No. CV 07-6720 ABC, which the Court dismissed on January 3, 2008 because it lacked jurisdiction. The Court DISMISSES the instant case for lack of jurisdiction based on the reasons stated in the Court's January 3, 2008 Order in the CV 07-6720 ABC case. The Clerk is directed to close this case.

    **IT IS SO ORDERED.**

                                                                                      :
Initials of Preparer        IR